**Javier RAMIREZ–RIVERA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–74104.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 2, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Reza Athari, Reza Athari & Associates, PLLC, Las Vegas, NV, for Petitioner.

Margaret Anne O'Donnell, Trial, OIL, U.S. Department Of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Javier Ramirez–Rivera, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Ghahremani v. Gonzales*, 498 F.3d 993, 997–98 (9th Cir. 2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying Ramirez–Rivera's motion to reopen to apply for adjustment of status where he failed to demonstrate prima facie

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

eligibility for the requested relief. *See Malty v. Ashcroft*, 381 F.3d 942, 947–48 (9th Cir.2004) (alien demonstrates prima facie eligibility for relief countenancing reopening where the evidence reveals a reasonable likelihood that the statutory requirements for relief have been satisfied).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.